To C.C.A
Austin TX

65,469-11
3-23-15

RE: WR-65-469-11

DEAR CLERK,

I WAS NOT LOOKING FOR, NOR SEEKING, ANY LEGAL ADVICE. I WAS SIMPLY REQUESTING A LITTLE MORE IN PUT THAN "DENIED".

MY INQUIRY WAS TO FIND OUT WHY NOT SEEK ADVICE. I HAVE VIABLE-CONSTITUTIONAL ISSUES BUT NO-ONE WILL LISTEN.

AGAIN THANK YOU FOR YOUR TIME.

PAIGE BENDER 1278831
3101 FM 369 NTH
IOWA PARK TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 2? 2?
Abel Acosta. Clerk